UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AZIZ MALIK QUDDOS BEY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 20-30067-MGM |
| | * |
| GLENN J. WILLIAMS, *DBA Primerica Life Insurance Inc.*, | * |
| | * |
| Defendant.. | * |

## ORDER

July 7, 2020

MASTROIANNI, U.S.D.J.

On June 1, 2020, Magistrate Judge Robertson ordered *pro se* plaintiff Aziz Malik Quddos Bey to pay the $400 fee for commencing a civil action or file a completed Application to Proceed in District Court Without Prepaying Fees or Costs.  Judge Robertson warned him that failure to comply with the order within twenty-one days could result in dismissal of the action without prejudice.

The deadline for complying with Judge Robertson's June 1, 2020 order has passed without any payment from or filing by Bey.

Accordingly, this action is DISMISSED without prejudice for failure to pay the filing fee.

It is So Ordered.

    /s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge